UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EARIC JOHNSON,                                                       Civil No.  06-4156  MJDAJB

      Petitioner,

v.                                                           O R D E R

COMMISSIONER OF CORRECTIONS
OAN FABIAN, ET AL., MARTIN
COUNTY: JUDGE BRUCE GROSS,
COUNTY ATTY: JOEL WELDER, ET AL.,
MN STATE PUBLIC DEFENDERS
OFFICE, ET AL.,

      Respondents.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 15, 2006, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

This action is summarily **DISMISSED WITHOUT PREJUDICE**.

DATED: December 1, 2006.

                                                     s/Michael J. Davis
                                                     Judge Michael J. Davis
                                                     U. S. District Court